PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KELLY WETZEL, *et al.*, ) | |
| ) | CASE NO. 4:17CV1122 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| SELFRIDGE LEASING, LLC, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

On June 8, 2018, counsel for the parties informed the Court that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before July 16, 2018, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Final Pretrial Conference set on June 27, 2018 is cancelled.

IT IS SO ORDERED.

 June 14, 2018  /s/ *Benita Y. Pearson*
Date  Benita Y. Pearson
  United States District Judge